MICHAEL McCARTHY, Respondent, *v.* JAMES A. O'HARA,. Appellant.

(Argued October 6, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 20, 1886, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Louis Marshall* for appellant.

*M. M. Waters* for respondent.

Agree to affirm ; no opinion.

All concur except FOLLETT, Ch. J., and VANN, J., not sitting.

Judgment affirmed.

---

EDWARD GARRETT, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Submitted October 8, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made February 11, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*W. F. Worthington* for appellant.

*Frank R. Perkins* for respondent.

Agree to affirm ; no opinion.

All concur except BRADLEY and HAIGHT, JJ., not sitting.

Judgment affirmed.